Thomas P. FORD et al., applts., v. Carrie M. BUSTIN, respt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order affirmed with costs. All concur. Robson, J., not sitting.

Salem T. FOSTER, respt. v. James B. PECK, applt. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Judgment unanimously affirmed, with costs.

FOSTER v. WAIT. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by George H. D. Foster against John C. Wait. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 158 App. Div. 923, 143 N. Y. Supp. 1117.

FRANKEL v. WOLPER. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Bertha Frankel against Max Wolper. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1108.

George W. FRICK, respondent, v. John MICHEL et al., appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Application denied, with $10 costs.

In the Matter of Harry M. FRIEDMAN. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Respondent disbarred by his own consent. Settle order on notice.

GALLEY, Respondent, v. BRENNAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by John Galley against William Brennan. No opinion. Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is against the weight of the evidence upon the question of probable cause. See, also, 156 App. Div. 443, 141 N. Y. Supp. 991. Kruse, P. J., dissents and votes for affirmance.

In the matter of the claim of Frederick W. GALLIEN, for compensation under the Workmen's Compensation Law, respondent, v. The NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY, employer and self-insurer, appellant. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Award unanimously affirmed. Motion for leave to appeal to the Court of Appeals denied.

GALUSHA, Appellant, v. MALTBY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Irving Galusha against Elizabeth K. Hughes Maltby and others. No opinion. Judgment affirmed, with costs.

Patrick GANNON, Applt., v. Albert BRUNKER as exr., Respt. (Supreme Court, Appellate Division, First Department. January 14,

1916.) Order reversed, with $10 costs and disbursements, and motion granted, on the authority of Stein v. Stein, 140 App. Div. 306, 125 N. Y. Supp. 244. Order filed.

GARLOCK, Appellant, v. SCHUMACHER, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Anna Garlock against Albert C. Schumacher, individually, etc., and another. No opinion. Judgment affirmed, with costs.

Fannie GARDNER, applt., v. TOWN OF RATHBONE, respt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment and order affirmed with costs. All concur.

GARRETT v. LOCKE REGULATOR CO. (Supreme Court, Appellate Term, First Department. December 13, 1915.) Appeal from City Court of New York, Special Term. Action by Winter D. Garrett against Locke Regulator Company. From an order of the City Court of the City of New York, granting plaintiff's motion for a bill of particulars of defendant's separate defense, defendant appeals. Modified and affirmed.

PER CURIAM. The order is modified, by striking therefrom the requirement to furnish the particulars mentioned in paragraph numbered 6 of the order, and also striking therefrom the requirement that the bill be verified. As modified, the order is affirmed, without costs, but with disbursements to the appellant.

Joseph M. GELLMAN, applt., v. Morris R. SILVERMAN, respt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Order affirmed with $10 costs and disbursements. All concur.

GEORGE et al., Respondents, v. CITY OF SCHENECTADY, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Frank George and another against the City of Schenectady. No opinion. Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that by the contract the so-called conglomerate was to be classed and paid for as earth at 50 cents per yard.

GEORGE KRAUS & COMPANY, Inc., Plff-Respt., v. Charles SCHAVRIEN, Deft-Applt. (Supreme Court, Appellate Term, First Department. January 7, 1916.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by George Kraus & Co. against Charles Schavrien. From a judgment in favor of plaintiff, after a trial by a judge without a jury, defendant appeals. Affirmed.

PER CURIAM. We think that there was sufficient proof of delivery and acceptance to satisfy the statute of frauds. Judgment affirmed, with $25 costs.

GERMAN–AMERICAN BUTTON CO., respt., v. Charles C. GORHAM and Rochester